**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| CHARVEL CLAWSON,<br><br>  Plaintiff,<br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., an Ohio Corporation, John Does I –X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>  Defendants. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:17-CV-0008<br><br>Judge Jill N. Parrish |

Plaintiff Charvel Clawson and Defendant Smith's Food & Drug Centers, Inc., (collectively, the "Parties"), by and through undersigned counsel, stipulate and jointly move the Court for an order dismissing this action with prejudice. A proposed order dismissing all claims with prejudice, approved by all parties, is filed and served herewith.

STIPULATED the 16th day of October, 2017

        FORD & CRANE PLLC

        */s/* Matthew B. Crane
        Matthew B. Crane
        *Attorneys for Plaintiff*

STIPULATED the 16th day of October, 2017

        /s/ Gregory F. Hurley
        Todd C. Hillbig
        Gregory F. Hurley
        Michael J. Chilleen
        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 16th day of October, 2017, I caused a true and correct copy of the foregoing STIPULATED MOTION TO DISMISS WITH PREJUDICE to be filed with the Court via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/ Matthew B. Crane