IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CHARVEL CLAWSON,<br><br>　　　　　　　*Plaintiff*,<br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., an Ohio corporation; JOHN DOES I – X; XYZ corporations and/or limited liability companies I –X,<br><br>　　　　　　　*Defendants*. | **ORDER GRATNING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br><br>Case No. 2:17-cv-00008<br><br>District Judge Jill N. Parrish |

Before the Court is the Stipulated Motion to Dismiss with Prejudice (ECF No. 20). Having reviewed the motion, and good cause appearing, the Court GRANTS the stipulated motion to dismiss. Accordingly, it is ORDERED that the case is DISMISSED WITH PREJUDICE.

Signed October 17, 2017

　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　*/s/ Jill N. Parrish*
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Jill N. Parrish
　　　　　　　　　　　　　　　　　United States District Court Judge